United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND, STEVE HAVENS, TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>M B FLOORING, INC., a corporation,<br><br>Defendant.<br>_____ / | No. C 05-04773 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court hereby **CONTINUES** the case management conference to **MARCH 9, 2006, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: February 10, 2006.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE